[No. 46575-9-I. Division One. August 6, 2001.]

JAMES RIGBY, ET AL., *Respondents*, v. FARMERS INSURANCE EXCHANGE, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 95-2-31958-1, J. Kathleen Learned, J., entered March 31 and April 14, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 47101-5-I. Division One. August 6, 2001.]

DEBORAH KADABRA-LORD, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-13476-1, Linda Lau, J., entered May 19, 2001. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Baker, JJ.

[No. 47354-9-I. Division One. August 6, 2001.]

*In the Matter of the Marriage of* HENRY C. THOMPSON, *Appellant*, and LEE ANN THOMPSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 87-3-04970-5, Michael J. Fox, J., entered September 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47365-4-I. Division One. August 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DION M. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04306-2, Ronald Kessler, J., entered September 11, 2000. *Affirmed* by unpublished per curiam opinion.